# United States Court of Appeals
## For the First Circuit

No. 09-1705

UNITED STATES,

Appellee,

v.

JAMES DAMON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 18, 2010, is amended as follows:

On page 8, line 4, "2006" should be replaced with "2005".